154 A.3d 674

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ROY D. SAVAGE (A/K/A TALUB MOHUWA),
DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004333-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 674

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT v.
ALFATEEM MCCLAIN (A/K/A SHREEF MOTTS AND
AMIN MCCLAIN), DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005567-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.